UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | <u>CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42</u><br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**NOTICE OF FILING OF USI INSURANCE SERVICES LLC'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Victoria M. Calvert, Section IV, Paragraph (d), USI Insurance Services LLC hereby files this Notice of Filing and the attached USI Insurance Services LLC's Proposed Voir Dire Questions.

Respectfully submitted this 19th day of April, 2023.

1

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ Jared C. Miller
Nancy H. Baughan
Georgia Bar No. 042575
Jared C. Miller
Georgia Bar No. 142219
Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 475569
303 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308
Telephone:   404-523-5300
Facsimile:   404-522-8409
E-mail: nbaughan@phrd.com
         jmiller@phrd.com
         jwood@phrd.com
         abaroody@phrd.com

*Attorneys for USI Insurance Services LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF FILING OF USI INSURANCE SERVICES LLC'S PROPOSED VOIR DIRE QUESTIONS** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

**Hall, Gilligan, Roberts & Shanlever, LLP**

Warren R. Hall, Esq.
Elizabeth M. Newton, Esq.
Wayne M. Cartwright, Esq.
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
whall@hgrslaw.com
enewton@hgrslaw.com
wcartwright@hgrslaw.com


**Wargo & French LLP**

Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

**Crowell & Moring LLP**

Christopher J. Banks, Esq.
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
cbanks@crowell.com

Astor H. L. Heaven, III, Esq.
1001 Pennsylvania Ave., N.W.
Floor 10
Washington, DC 20004
aheaven@crowell.com

Sigourney R. Haylock, Esq.
40th Floor
515 South Flower Street
Los Angeles, CA 90071
shaylock@crowell.com

      This 19th day of April, 2023.

                                          /s/ Jared C. Miller
                                          Jared C. Miller

# USI INSURANCE SERVICES LLC'S
# PROPOSED VOIR DIRE QUESTIONS

1. Are you familiar with either party to this lawsuit? If so, how?

2. Are you familiar with any of the witnesses who have been identified as possibly testifying in this lawsuit? If so, which ones and how?

3. Are you familiar with any of the attorneys or law firms representing the parties to this lawsuit? If so, which ones and how?

4. Have you or a close family member ever been a party to a lawsuit? If so:

    a. Describe the type of case.
    b. What was the outcome?
    c. Were you satisfied with the outcome – why or why not?

5. Have you ever served on a jury before? If so:

    a. Describe the nature of the case.
    b. Were you the jury foreperson?
    c. Did the jury reach a verdict?
    d. Were you satisfied with the outcome and process – why or why not?

6. Do you or a close family member have special education or training in the legal field?

    a. Ever work for a law firm?
    b. Ever work in any other capacity in the field of law?

7. Do you or a close family member have special education or training in the insurance industry? If so, describe.

8. Have any of you worked in the insurance industry, including as an agent, broker, underwriter, appraiser, or claims representative? If so, what position did you hold?

9. Do you have special education or training in accounting or finance? If so, describe.

10. Do you have special education or training in the valuation of businesses or assets held by a business? If so, describe.

11. Do you have special education, training, or experience drafting, reviewing or otherwise working with contracts? If so, describe.

12. Do you have special education, training, or experience relating to identifying the financial value of customer relationships for any type of business? If so, describe.

13. What is your and/or your spouse or partner's occupation?

    a. If employed by a company, which company?
    b. What is the general nature of the job responsibilities?
    c. If retired, what did you do before you retired?

14. Has anyone ever worked in sales? If so, were you compensated based on commissions?

15. Has anyone ever owned their own business? If so, describe the nature of the business.

16. Have you ever worked for or managed a company whose primary assets and value were its client relationships?

17. Have you, your spouse, or any member of your immediate family, or anyone you know well ever been involved in an employment dispute?

18. Does anyone have experience with a lawsuit between an employer and its former employees? If so:

    a. Describe the type of case.
    b. What was the outcome?
    c. Were you satisfied with the outcome – why or why not?

19. Do you have, or have you ever had, an employment agreement at your job?

    a. If you have, did you read the employment agreement prior to signing it?
    b. For what type(s) of job(s)?
    c. Did you have any concerns about signing the employment agreement(s)?

    d. Did you negotiate the terms?
    e. Did you have a lawyer review the agreement prior to you signing it?

20. Have you ever agreed to a non-competition, non-solicitation, and/or confidentiality agreement with an employer? If so, what was your experience?

21. Have you ever refused to agree to a non-competition, non-solicitation or confidentiality agreement?

22. Have you ever refused a job because you knew you would have to sign a non-competition, non-solicitation, or confidentiality agreement? If so, tell me more about the job, the agreement, and why you didn't want to sign?

23. Have you ever felt unfairly restricted by a non-competition, non-solicitation, or confidentiality agreement? If so, what parts of the agreement seemed unfair or overly restrictive?

24. What was the reason you left your last job?

25. Have you left a job with one employer to work for a competitor?

26. Have you ever quit a job on the spot or effective immediately, without providing your employer with any notice?

    a. If yes, what were the circumstances that made you want to resign effective immediately?

27. Have you ever felt that you were treated unfairly by an employer?

    a. What were the circumstances?

    b. How was the situation resolved?

28. Do you think it is fair to have a written agreement with someone and then not honor the agreement?

29. Do you believe it is okay to violate a contract if you have a good reason to do so?

30. Have you ever been accused of violating a contract of any kind?

31. Have you ever accused someone else of violating a contract?

3

32. What are your thoughts about the ethical standards of large companies?
    a. Do you have concerns about the ethics of large companies? Please explain.

33. Do you think most businesses today tend to compete fairly or unfairly? Please explain.

34. Does anyone have any particular feelings about lawsuits in general (good/bad, necessary/unnecessary), or about any particular type of lawsuit? If so, describe.

35. Do you belong to any clubs, groups or volunteer organizations?

    a. Did you hold any leadership positions in those clubs, groups, or organizations?

36. Do you watch the news on television or on the internet? If so, which networks/websites do you watch/read?

37. Do you listen to any news radio or talk shows? If so, which ones?

38. Do you watch crime shows, legal dramas, or court-tv shows? Which shows? How often?

39. How often do you watch or read the business or financial news?

    a. Which programs?

40. Do you have any bumper stickers on your car? If so, what do they say?

41. This is a civil case, not a criminal case, so the burden of proof is different. The party asserting a claim must prove its claim by a preponderance or the greater weight of the evidence, meaning more likely than not or just more than 50%, as opposed to beyond a reasonable doubt which is the standard for the prosecution in a criminal case. Does anyone feel they would hold the party asserting the claim to the higher criminal standard or be unable to follow the Judge's instruction to decide the case based on the preponderance of the evidence?

42. Is there anything else in your background, experience, or beliefs that you feel could impact your ability to decide this case fairly based solely on the evidence presented and the law as explained to you by the judge?

43. Other than what you have already told us, has anyone had any experience that you think might influence your function as a juror in this case? If so, please describe that.

44. Is there anything you think the Court should know about that I have not asked that you believe could affect your ability to be a fair and impartial juror in this case?

45. Are there other prospective jurors in this room with whom you have had any business or personal relationship?

46. Are any of you acquainted with any person employed by the courts or judicial branch of government?

47. This case will likely last for two weeks. Given that, do any of you know any reason why you should not or feel you cannot serve on this jury?

48. Is there anything about the nature of this case, or about the parties involved, that would make you hesitate to sit on this jury?