# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cv-05582-VMC/1:20-cv-2490-VMC
### Anderson et al v. USI Insurance Services LLC et al
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 04/26/2023.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 4:15 P.M.          COURT REPORTER: wyne
TIME IN COURT: 5:05                       DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Banks representing Dean Anderson |
| | Anne Baroody representing USI Insurance Services LLC |
| | Nancy Baughan representing USI Advantage Corp. |
| | Wayne Cartwright representing Dean Anderson |
| | Warren Hall representing Dean Anderson |
| | Astor Heaven representing Dean Anderson |
| | William Holley representing USI Insurance Services LLC |
| | Jared Miller representing USI Advantage Corp. |
| | ** David Perinini representing Southeast Series of Lockton Companies, LLC |
| | ** Brandon Parrish representing Southest Series of Lockton Companies, LLC |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial Conference held. Minute Order to follow. |