FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 18 2023

Kevin P. Weimer, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMESON TAYLOR ANDERSON, ROBERT DEAN ANDERSON, and ROGER MALDONADO,<br><br>Plaintiffs,<br><br>v.<br><br>USI INSURANCE SERVICES LLC,<br><br>Defendant. | CONSOLIDATED CASES PURSUANT TO FED. R. CIV. P. 42<br><br>Civil Action File No.<br><br>1:19-cv-05582-VMC |
| USI INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC,<br><br>Defendant. | Civil Action File No.<br><br>1:20-cv-02490-VMC |

**VERDICT FORM (SECOND PHASE)**

We, the jury, being first empaneled and sworn in the above-captioned case, do find as follows:

1

**USI's Claim to Punitive Damages**

Question 1: What is the total amount of punitive damages owed to USI from Dean Anderson?

Answer: $ 500,000

Question 2: What is the total amount of punitive damages owed to USI from Taylor Anderson?

Answer: $ 2,250,000

**SO SAY WE ALL**

DATED: MAY 18, 2023.

_____ADRIAN NAHAY_____
Foreperson