UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| USI INSURANCE SERVICES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF<br>LOCKTON COMPANIES, LLC,<br><br>    Defendant. | Civil Action No.<br>1:20-cv-02490-VMC |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff USI Insurance Services LLC ("USI")

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from

the final Judgment entered in this action on May 22, 2023, which adjudged that USI

shall take nothing on its claims against Lockton and dismissed USI's claims against

Lockton with prejudice.

Respectfully submitted this 21st day of June, 2023.

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ Nancy H. Baughan
Nancy H. Baughan
Georgia Bar No. 042575
William J. Holley, II
Georgia Bar No. 362310

Julie A. Wood
Georgia Bar No. 023749
Anne Horn Baroody
Georgia Bar No. 475569
Promenade Tower
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: 404-868-2100
Email:       nbaughan@bradley.com
             bholley@bradley.com
             jawood@bradley.com
             abaroody@bradley.com

**PARKER HUDSON RAINER & DOBBS, LLP**

Jared C. Miller
Georgia Bar No. 142219
303 Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308
Telephone: 404-523-5300
Facsimile: 404-522-8409
Email:       jmiller@phrd.com

*Counsel for USI Insurance Services LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| USI INSURANCE SERVICES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHEAST SERIES OF<br>LOCKTON COMPANIES, LLC,<br><br>    Defendant. | Civil Action No.<br>1:20-cv-02490-VMC |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF APPEAL** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record for Defendant:

**Wargo & French LLP**
Joseph D. Wargo, Esq.
David M. Pernini, Esq.
Brandon Parrish, Esq.
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
jwargo@wargofrench.com
dpernini@wargofrench.com
bparrish@wfslaw.com

This 21st day of June, 2023.

*/s/ Nancy H. Baughan*
Nancy H. Baughan